Form RSC

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−21369−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Diane M. Borreggine
   715 Burbridge St.
   McKeesport, PA 15133

Social Security No.:
   xxx−xx−4027

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101<br>Telephone number: 724−443−4757 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 29, 2025
01:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1−828−998−0367

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 8/19/25

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-21369-CMB
Diane M. Borreggine     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 19, 2025     Form ID: rsc     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M. Borreggine, 715 Burbridge St., McKeesport, PA 15133-3203 |
| 16554403 | | Allstate Fire Casualty Insurance Company, PO Box 2874, Clinton, IA 52733-2874 |
| 16538525 | + | J. Daniel Schopf, c/o Jason Johns, Esq., 429 Fourth Ave (Suite 602), Pittsburgh, PA 15219-1503 |
| 16538534 | + | Schopf J Daniel, 508 Arbor Lane, Pittsburgh, PA 15236-4129 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2025 00:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Aug 20 2025 00:17:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 20 2025 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 20 2025 00:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16544144 | | Email/Text: bnc@atlasacq.com | Aug 20 2025 00:17:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16538511 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 20 2025 00:41:10 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538505 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 20 2025 00:29:11 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554404 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 20 2025 00:17:00 | Big Lots, P.O. Box 17602, Baltimore, MD 21297-1602 |
| 16538519 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2025 00:28:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16538517 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2025 00:29:24 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554409 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2025 00:18:00 | Comenity Bank/Big Lots, PO Box 659707, San Antonio, TX 78265 |
| 16538521 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2025 00:18:00 | Credit Coll, Po Box 607, Norwood, MA |

Case 25-21369-CMB    Doc 27    Filed 08/21/25    Entered 08/22/25 00:32:14    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 19, 2025 | Form ID: rsc | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 02062-0607 |
| 16538522 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2025 00:18:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554413 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 00:17:25 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 16554412 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 00:17:23 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16538529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 00:29:46 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16538523 | + | Email/Text: mrdiscen@discover.com | Aug 20 2025 00:17:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16538524 | + | Email/Text: mrdiscen@discover.com | Aug 20 2025 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16554416 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2025 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16538526 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:17:19 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16538527 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 00:17:23 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16538528 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 00:28:28 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16538531 | + | Email/PDF: cbp@omf.com | Aug 20 2025 00:29:13 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16538530 | + | Email/PDF: cbp@omf.com | Aug 20 2025 00:54:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16538533 | + | Email/PDF: ebnotices@pnmac.com | Aug 20 2025 00:28:57 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16538532 | + | Email/PDF: ebnotices@pnmac.com | Aug 20 2025 00:29:11 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16538535 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 20 2025 00:17:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16538536 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 20 2025 00:17:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16554429 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 20 2025 00:29:11 | The Secretary of Housing & Urban Develop, 451 Seventh St., SW, Washington, DC 20410-0001 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16538512 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538513 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538514 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538515 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538516 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554397 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554398 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554399 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554400 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554401 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | |
|---|---|---|
| 16554402 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538507 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538508 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538509 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538510 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554391 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554392 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554393 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554394 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554395 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554396 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538506 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554732 | * | Allstate Fire Casualty Insurance Company, PO Box 2874, Clinton, IA 52733-2874 |
| 16554733 | *+ | Big Lots, P.O. Box 17602, Baltimore, MD 21297-1602 |
| 16538520 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16554407 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16554408 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16538518 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554406 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554734 | * | Comenity Bank/Big Lots, PO Box 659707, San Antonio, TX 78265 |
| 16554410 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16554735 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16554411 | *+ | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554736 | *+ | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554738 | * | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 16554737 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16554421 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16554414 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16554415 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16554417 | *+ | J. Daniel Schopf, c/o Jason Johns, Esq., 429 Fourth Ave (Suite 602), Pittsburgh, PA 15219-1503 |
| 16554418 | *+ | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16554419 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16554420 | *+ | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16554423 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16554422 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16554425 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16554424 | *+ | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16554426 | *+ | Schopf J Daniel, 508 Arbor Lane, Pittsburgh, PA 15236-4129 |
| 16554427 | *+ | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16554428 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16554739 | *+ | The Secretary of Housing & Urban Develop, 451 Seventh St., SW, Washington, DC 20410-0001 |

TOTAL: 1 Undeliverable, 52 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025     Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4

Date Rcvd: Aug 19, 2025 | Form ID: rsc | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Diane M. Borreggine julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 7