Certificate Number: 17082-PAW-DE-040119182

Bankruptcy Case Number: 25-21369



17082-PAW-DE-040119182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2025, at 6:46 o'clock PM MST, DIANE M BORREGGINE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 22, 2025              By:    /s/Orsolya K Lazar

                                        Name:  Orsolya K Lazar

                                        Title: Executive Director