IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-21369-CMB |
| | ) | Chapter 7 |
| Diane M. Borreggine, | ) | |
| *Debtor* | ) | |
| | ) | |
| Diane M. Borreggine, | ) | |
| *Movant* | ) | Docket No. |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| *No Respondents* | ) | |
| | ) | |
| Rosemary C. Crawford, | ) | |
| *Chapter 7 Trustee* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under the penalty of perjury that I caused to be served a true and correct copy of the *Amended Statement of Financial Affairs*, by CM/ECF Mail on the following parties:

**Rosemary C. Crawford**
**Crawford McDonald, LLC**
**P.O. Box 355**
**Allison Park, PA 15101**

**Office of United States Trustee**
**1000 Liberty Ave.**
**Suite 1316**
**Pittsburgh, PA 15222**

**Diane M. Borreggine**
**715 Burbridge St.**
**McKeesport, PA 15133**

EXECUTED ON: September 29, 2025     By: /s/ Kenneth Steidl
                                    Kenneth Steidl, Esq.
                                    Attorney for the Debtor(s)
                                    STEIDL & STEINBERG, P.C.
                                    436 Seventh Avenue, Suite 322
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    ken.steidl@steidl-steinberg.com