**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Diane M. Borreggine<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4027<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–21369–CMB | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane M. Borreggine

<u>10/29/25</u>

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Diane M. Borreggine  
    Debtor

Case No. 25-21369-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 29, 2025      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M. Borreggine, 715 Burbridge St., McKeesport, PA 15133-3203 |
| 16554403 | | Allstate Fire Casualty Insurance Company, PO Box 2874, Clinton, IA 52733-2874 |
| 16538525 | + | J. Daniel Schopf, c/o Jason Johns, Esq., 429 Fourth Ave (Suite 602), Pittsburgh, PA 15219-1503 |
| 16538534 | + | Schopf J Daniel, 508 Arbor Lane, Pittsburgh, PA 15236-4129 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Oct 30 2025 04:19:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Oct 30 2025 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 30 2025 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: ATLASACQU | Oct 30 2025 04:19:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 30 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 30 2025 00:24:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16544144 | | EDI: ATLASACQU | Oct 30 2025 04:19:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16538511 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2025 00:31:41 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538505 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2025 00:31:26 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554404 | + | EDI: HFC.COM | Oct 30 2025 04:19:00 | Big Lots, P.O. Box 17602, Baltimore, MD 21297-1602 |
| 16538519 | + | EDI: CAPITALONE.COM | Oct 30 2025 04:19:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16538517 | + | EDI: CAPITALONE.COM | Oct 30 2025 04:19:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554409 | | EDI: WFNNB.COM | Oct 30 2025 04:19:00 | Comenity Bank/Big Lots, PO Box 659707, San |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Antonio, TX 78265 |
| 16538521 | + | EDI: CCS.COM | Oct 30 2025 04:19:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16538522 | + | EDI: CCS.COM | Oct 30 2025 04:19:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554413 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2025 00:31:26 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 16554412 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2025 00:31:32 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16538529 | | EDI: CITICORP | Oct 30 2025 04:19:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16538523 | + | EDI: DISCOVER | Oct 30 2025 04:19:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16538524 | + | EDI: DISCOVER | Oct 30 2025 04:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16554416 | | EDI: IRS.COM | Oct 30 2025 04:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16538526 | + | EDI: JPMORGANCHASE | Oct 30 2025 04:19:00 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16538527 | + | EDI: JPMORGANCHASE | Oct 30 2025 04:19:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16538528 | + | EDI: CITICORP | Oct 30 2025 04:19:00 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16538531 | + | EDI: AGFINANCE.COM | Oct 30 2025 04:19:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16538530 | + | EDI: AGFINANCE.COM | Oct 30 2025 04:19:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16538533 | + | Email/PDF: ebnotices@pnmac.com | Oct 30 2025 00:31:27 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16538532 | + | Email/PDF: ebnotices@pnmac.com | Oct 30 2025 00:31:43 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16538535 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 30 2025 00:24:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16538536 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 30 2025 00:24:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16554429 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 30 2025 00:31:41 | The Secretary of Housing & Urban Develop, 451 Seventh St., SW, Washington, DC 20410-0001 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 16538512 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538513 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538514 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538515 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538516 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554397 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

Case 25-21369-CMB    Doc 34    Filed 10/31/25    Entered 11/01/25 00:31:00    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 318 | Total Noticed: 35 |

| | | |
|---|---|---|
| 16554398 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554399 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554400 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554401 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16554402 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16538506 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538507 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538508 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538509 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16538510 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554391 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554392 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554393 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554394 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554395 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554396 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16554732 | * | Allstate Fire Casualty Insurance Company, PO Box 2874, Clinton, IA 52733-2874 |
| 16554733 | *+ | Big Lots, P.O. Box 17602, Baltimore, MD 21297-1602 |
| 16538520 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16554407 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16554408 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16538518 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554406 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16554734 | * | Comenity Bank/Big Lots, PO Box 659707, San Antonio, TX 78265 |
| 16554410 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16554735 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 16554411 | *+ | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554736 | *+ | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 16554738 | * | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 16554737 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16554421 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16554414 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16554415 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16554417 | *+ | J. Daniel Schopf, c/o Jason Johns, Esq., 429 Fourth Ave (Suite 602), Pittsburgh, PA 15219-1503 |
| 16554418 | *+ | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16554419 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16554420 | *+ | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16554423 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16554422 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16554425 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16554424 | *+ | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16554426 | *+ | Schopf J Daniel, 508 Arbor Lane, Pittsburgh, PA 15236-4129 |
| 16554427 | *+ | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16554428 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16554739 | *+ | The Secretary of Housing & Urban Develop, 451 Seventh St., SW, Washington, DC 20410-0001 |

TOTAL: 1 Undeliverable, 53 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 29, 2025 | Form ID: 318 | Total Noticed: 35

Date: Oct 31, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Diane M. Borreggine julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 7